■ MAUREEN ASH, Individually and as Parent and Natural Guardian of T.A., S.A., L.A. and H.A., Infants, Appellant, v COUNTY OF MONROE, Respondent. TERRI ASH, Appellant, v COUNTY OF MONROE, Respondent. (Appeal No. 2.) [820 NYS2d 831]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered February 1, 2006. The order denied the motion of plaintiffs seeking leave to renew their opposition to defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Ash v County of Monroe* (32 AD3d 1167 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Green, JJ.